E-FILED
Friday, 15 April, 2016  02:13:40 PM
Clerk, U.S. District Court, ILCD

TO:     Parkland Community College;                Date:   November, 12th, 2015

It's Board of Trustees;

It's President Tom Ramage;

And to whom it may concern:

**RE. Urgent Request for Intervention of my AVI 120 Course**

Dear President, Board of Trustee(s) of Parkland Community College,

I Anthony James Grason am currently enrolled at Parkland Community College as a degree seeking student under AVI 120 course program. The AVI 120 course is composed of 15 lesson spanned over the fall 2015 semester to prepare students for the FAA flight final examinations to which upon successful completion the AVI 120 student obtain a private pilot certificate. These lessons are based on the school's curriculum which comply with the FAA instructional requirements. This course is lesson based and is not structured, described or stated as a 'pay as a you go program' or on an hourly rate/charge class. The school has been paid the full it's tuition course amount (Approx. $10,000.00 –ten thousand dollars out of district rate) for the AVI 120 course to which I am enrolled in--a copy of said payment is appended to this letter. This school has received and been paid full federal grants and varies federal loans to administer to me said course to its finality; not a portion or part of the course.

I have presented the following issues and matters to Vice-President Pamela Lau and Flight Director Sybil Philipps of the Aviation Department who was present at an in-office meeting on Monday November 12th, 2015. No formal decision has been made, rendered or action taken and these matters remain completely unresolved to which urgent intervention is sought herein by myself.  I represent these issues as follows.

*C-1*

2:16-cv-02107-CSB-EIL    # 1-3    Filed: 04/15/16    Page 2 of 9

Currently the Aviation Department (to which I am enrolled into aviation AVI 120) has interrupted my training and is refusing to administer the remaining curriculum, lessons and course content of the flight portion of the AVI 120 course to which readies me for the FAA final examination as prescribed by the course description. The Aviation Department of this school is demanding additional conditions outside the policies and procedures Parkland College has designated; the demands made upon me by the aviation department are to purchase additional flight time (hourly rate) which exceeds this schools set tuition rate for the AVI 120 course program. **The aviation department will not move forward and will stop the administration of my AVI 120 course unless I pay additional monies which remains contrary to the set tuition, course description and polices of this school.** This monetary amount is arbitrarily estimated at a minimum of $4,000.00 dollars or much much more in addition to the approx. $10,000 dollars already paid for tuition. The Aviation Department usage of additional funds demanded upon me would remain at the department's discretion. I do not agree to this demand nor would anyone! I have been advised at said meeting by Sybil Philipps to pay or "finish up elsewhere".

The AVI 120 program does not instruct, direct, nor demand upon any AVI 120 degree seeking students (as myself) to purchase any additional hourly flight time in addition to the set tuition rate.  The AVI 120 program and the policies and procedures of this school are void and absent of any such language to which to incur these additional charges especially after the acceptance of AVI 120 program.  No language exist in any policies, procedures and programs of this school that permits additional hourly flight charges be arbitrarily demanded and assessed onto a student by a department (aviation) over the schools set tuition rate. Especially after enrollment, acceptance, and tuition has been paid.  See tuition and fees page 27 catalog, see

C.-2

also course description on page 237, of Parkland College course catalog which a copy is appended herein. The Aviation Department is not an authorize branch of this institution to which it can arbitrarily charge and demand upon a student to purchase additional hourly flight time over the set tuition rate; then prevent the completion of course curriculum and FAA Final Examinations-which Final Flight Exams remain the finality of this AVI 120 course. This situation is presently occurring to me perpetrated by the aviation department, which I have been adversely affected and delayed in this Fall 2015 Semester. During the course of this fall academic semester, numerous instructor cancellations have occurred additionally preventing my completion of AVI 120 course studies and examinations by this semesters end.

The AVI 120 course is very clear-"it is to prepare a student for the FAA Private Pilot certification...Private Pilot certificate issued upon successful completion of the final examinations".  Cited from catalog-the only literature presented to me when I enrolled and accepted. There exist no prerequisites nor proficiency issues to prevent my partition in AVI 120 or any final flight examination. Never at the time during my AVI 120 course enrollment were any notice given that additional flight expenses over the agreed tuition and cost may be incurred after acceptance of course; especially to prevent me from completing the course or its final flight examinations. The aviation department's current demands for additional monies are expenses not identified, discussed or agreed upon when I accepted this AVI 120 course; these expenses are assessed after the acceptance of this AVI 120 program which remain "after the fact".  No language exist in the AVI 120 course program or anywhere else in this schools policies and procedures that directs hourly flight rate to be incurred in addition to that of tuition; nor can such un-agreed cost impede or prevent a AVI 120 student from participating in

C-3

his or hers final flight examinations to which I am instantly affected. I am being prevented and

prohibited adversely by the aviation department and directed not to take part in any of my

lessons, flight exam preparations or FAA flight exam itself-unless I pay additional sums of

money over the already set and prescribed tuition amount set by this school.

I am asking for your immediate intervention to direct this school's Aviation Department

to administer the remaining prescribed AVI 120 course flight lessons, curriculum and flight

content without delay and steadily prepare me for the FAA Final Flight Examinations this course

calls on. I ask for your oversight in such intervention to be maintained throughout the totality of

course instruction. In addition, waive completely all demands for additional hourly flight time

which has been grossly and arbitrarily assessed and demanded upon me in the amount of

$4,000 or much much more in addition to the paid tuition by the aviation department (without

any specificity how to be used). Again, never at any time of my enrollment and acceptance of

this course was notice given and language provided that additionally sums of money would be

charged or taxed upon me in addition to the prescribed tuition amount. I would not have

accepted or partook in any adventure of this AVI 120 course if made aware. I humbly and

respectfully ask and press upon you to immediately remove any restrictions and preventions

imposed upon me by this schools aviation department or another acting in its stead and allow

me to conclude my studies and take part in my AVI 120 class lessons, content and FAA Flight

Finals preparations and all examinations.          Submitted Respectfully and Humbly by,

Nov. 12th 2015

Anthony J. Grason   357 W. Decatur St., Decatur Illinois 62522  (217) 520-6644  email grapal1@live.com

C-4

Certificate of Service

I Anthony J Grason, student at Parkland College, personally served upon the aforementioned:

**RE. Urgent Request for Intervention of my AVI 120 Course**

To the following:

Parkland Community College;

Care of-It's Board of Trustees;

Care of-It's President Tom Ramage;

By mailing a copy in first Class postage in prepaid envelopes to the colleges known address of:

Parkland College   2400 W. Bradley Ave., Champaign Illinois 61821

by depositing a copy in the U.S. Mail located herein Decatur Illinois at the down town post office on this date of _Nov. 11th_, 2015. I additionally have personally served upon and hand delivered to Mr. Tom Ramage, President of Parkland college, a copy of the aforementioned request for intervention on this date of _Nov. 11th_, 2015.

_(signature)_

_____

Anthony J Grason, A Parkland Student


Notary Public


Signed a sworn before:

_Karla Burrus_

On this date: _Nov 10_, 2015

SEAL

```
┌─────────────────────────────────────┐
│        "OFFICIAL SEAL"               │
│         KARLA BURRUS                 │
│   NOTARY PUBLIC, STATE OF ILLINOIS   │
│  MY COMMISSION EXPIRES 01-20-2018    │
└─────────────────────────────────────┘
```

Anthony J. Grason

357 W. Decatur, St.

Decatur, IL. 62522

(217) 520-6644

C-5

Ellucian
## Colleague UI



| Anthony J Grason | 1563562 | 1 of 1 |
|---|---|---|
| 357 W. Decatur St. | Phone: 217-520-6644 | Other: | Where Used: APP,MAI,FIN,PE... |
| | Phone: 217-428-8600 | | Entry Date: 03/19/15 |
| Decatur IL 62522 | Email: agrason1@stu.parkland.e... | | Addr Status: Current |

File    Options    Help    Keep Context Open ▾    ✓ Save    ✓ Save All    ✗ Cancel    ✗✗ Cancel All    —    ⊞    +

RGN - Registration    STSC - Student Schedule

Grason, Anthony J.    ID: 1563562 SSN:    Term : 2015FA

Decatur    IL    62522    Home: 217-520-6644

| Section | Location | Status | Creds | Start/End Date | Term |
|---|---|---|---|---|---|
| Instructor(s) | Bldg Room | Meth | Days | Start/End Time | Grd Flag |
| AVI-120-001 | Other Sites | New | 3.00 | 08/24/15 12/11/15 | 2015FA | Page 1 of 1 |
| James Warren | WILL AVI | LEC | TR | 03:30PM 04:20P (M) | |
| | WILL AVI | LAB | TBA | TBA | |
| ESC-101-003 | Parkland Main | New | 4.00 | 08/24/15 12/11/15 | 2015FA |
| Julie Angel | ACA L216 | LEC | MWF | 12:00PM 12:50P (M) | |
| | ACA L216 | LAB | R | 01:00PM 02:50P | |

Controller Student Schedule    Value 1/6

$C - 6$

**AFM 270   Diesel Engine Operations**                         2-2-3
Theoretical and practical operation of both the 6.4L DIT Navistar diesel engine and the Ford 6.7L DIT engine used by Ford Motor Company in their super-duty trucks. Students who successfully complete their course receive Ford Motor Company certification in Diesel Engine Performance and Diagnosis (51S15T0). Prerequisites: credit or concurrent enrollment in AFD/AFM 115 and AFD/AFM 132, and Ford Certification STST area 32 and 34, or approval of instructor or department chair. S

# Aviation

*Institute of Aviation*
*217/244-8646 • www.parkland.edu/academics/aviation*

**AVI 101   Private Pilot I**                                  2-2-3
First of a two-course sequence to prepare for FAA Private Pilot Certification. Covers aerodynamics airplane systems, airport and airplane operations, federal regulations, and airplane safety. Includes 30 hours flight training. Private pilot certification requires completion of AVI 120. Prerequisites: ENG 101 placement; MAT 107 placement; and non-native speakers of English: ibt TOEFL score - min. 85 overall (min. 22 listening; min. 26 speaking). F S

**AVI 120   Private Pilot II**                                 2-2.5-3
Second of a two-course sequence to prepare for FAA Private Pilot certification. Covers operation, navigation, night flying and meteorology. Flight training includes use of flight simulator. Private Pilot certificate issued upon successful completion of final examinations. Prerequisite: AVI 101. F S

**AVI 129   Commercial Instrument I**                          2-2.5-3
First of two-course sequence to prepare private pilots for instrument rating; cross-country flight emphasizing instrument approaches and en-route instrument procedures; and instruction on instrument flying, navigation, aircraft instruments, and regulations. Flight training includes eight hours in flight simulator. Prerequisite: AVI 120. F S Su

**AVI 140   Commercial Instrument II**                         2-2.5-3
Second of a two-course sequence to prepare the private pilot for the instrument rating. Classroom instruction on instrument maneuvers, aerodynamics, navigation, and aircraft systems. Flight training includes eight hours in flight simulator. Prerequisite: AVI 129. F S

**AVI 184   Aircraft Systems for Pilots**                      3-0-3
Basic aircraft systems, their components, and theory of operation. Familiarization of Federal Aviation Administration maintenance rules and regulations applicable to pilots. Prerequisite: AVI 120 or departmental approval. F S

**AVI 200   Commercial Pilot I**                               2-3-3
Advanced course preparing for FAA Commercial Pilot Certification. Includes cross-country procedures, federal aviation regulations, maintenance inspections, and pilot responsibilities. Emphasizes complex airplane operation and instrument flying procedures. Flight training includes seven hours in a Flight Training Device. Prerequisite: AVI 140. F S

**AVI 209   Commercial Pilot II**                              2-3-3
Final course preparing for FAA Commercial Pilot Certificate with Instrument Rating. Reviews cross-country procedures, federal aviation regulations, commercial maneuvers, and pilot responsibilities. Emphasizes complex airplane operation and commercial maneuvers. Flight training includes six hours in Flight Training Device. Prerequisite: AVI 200. F S Su

**AVI 220   Flight Instructor Certification Course**          3-2-4
Preparation for FAA Flight Instructor (Airplane) certificate. Teaching/learning principles, lesson planning, federal aviation regulations. Flight training includes one hour in flight simulator teaching techniques. One-hour flight check required. Prerequisites: FAA Commercial Pilot Certificate with Instrument Rating and director approval. F S Su

**AVI 222   Instrument Flight Instructor**                     1-1-1
Flight instruction and supervised training to add Instrument-Airplane rating to Flight Instructor certificate. Instrument operations emphasizing instructional aspects of operations. Includes a one-hour flight test. Prerequisite: FAA Commercial Pilot Certificate with Instrument Rating. F S

**AVI 280   Multiengine Land**                                 0.5-1-1
Instruction and supervised training for commercial pilots to develop skills required for the Multi-Engine Rating. F S Su

**AVI 281   Cockpit Resource Management**                      3-1-3
Examines societal/cultural, industry, governmental regulatory agency, organizational, group, and individual influences on cockpit behavior and cockpit resource management. Laboratory and flight sections use multi-engine flight simulators and multi-engine aircraft. Students gain experience flying preplanned scenarios in both aircraft and simulators. Prerequisite: AVI 280. F S

# Biology

*Natural Sciences*
*217/351-2285 • www.parkland.edu/ns*

**BIO 100   Introduction to Biology**                          2-2-3
Basic introduction to biology, including scientific method, chemistry, cell structure and function, DNA and RNA, heredity, cell division, diversity and evolution of life, organ systems, reproduction, biotechnology, and the environment. Designed for those with limited biology course experience who plan to enroll in BIO 101, BIO 104, BIO 106, BIO 107, or BIO 111. F S Su

**BIO 101   General Biology**                                  3-3-4
(IAI L1 900L) Survey of biology for students in A.A.S. and baccalaureate-oriented programs. General principles of biology emphasizing cell and organism structure and function, evolution and ecology. Credit not given for both BIO 101 and BIO 141-142 sequence. Prerequisite: ENG 101 placement. F S Su

**BIO 104   Environmental Biology**
**and Sustainability**                                         3-3-4
(IAI L1 905L) Examines relationship of humans to their environment, including consideration of natural cycles and balances, populations, energy, hazardous chemicals, air, water, noise, and solid waste pollution. Field trips included. Students are expected to provide own transportation on local field trips. Prerequisite: ENG 101 placement. F S Su

Ellucian
# Colleague UI

| | Anthony J Grason | 1563562 | | 1 of 1 | |
|---|---|---|---|---|---|



357 W. Decatur St.　　Phone: 217-520-6644　Other:
Decatur IL 62522　　Phone: 217-428-8800
　　　　　　　　　　Email: agrason1@stu.parklan...

Where Used: APP,MAI,FIN,P...
Entry Date: 03/19/15
Addr Status: Current

File　Options　Help　　Keep Context Open ▾　　✓ Save　　✓✓ Save All　　✗ Cancel　　✗✗ Cancel All　　—　　+

| ARTI - AR Term Summary Inquiry | **ARAI - AR Account Inquiry** |
|---|---|

Grason, Anthony J.　　ID: 1563562 SSN:

Decatur　IL　62522　Home: 217-520-6644

AR Type : Student Receivable　　　　　　　　　Term : Fall 2015

| Pending FA | No | Past Due | 35.50 | Adj Bal | 35.50 |
|---|---|---|---|---|---|
| Restrs | X | Late Charge | 0.00 | Pmt Plan | 0.00 |
| Archived | No | | | | |

| | | Date | Type Description | Trans No | Operator | Location Due Date | Amount Item Balance | Balance |
|---|---|---|---|---|---|---|---|---|
| 6 | | 09/24/15 | INV | 001066020 | DHALL | | 10,601.19 | 10,601.19 |
| | | Registration - 2015FA | | | | 09/24/15 | 35.50 | |
| 7 | | 09/24/15 | ADJ | 001066019 | DHALL | | 10,519.50- | 0.00 |
| | | Registration - 2015FA | | | | | | |
| 8 | | 08/21/15 | INV | 001050894 | MWHITE | | 10,519.50 | 10,519.50 |
| | | Registration - 2015FA | | | | | | |
| 9 | | 08/21/15 | ADJ | 001050893 | MWHITE | | 9,157.50- | 0.00 |
| | | Registration - 2015FA | | | | | | |
| 10 | | 08/17/15 | INV | 001046132 | MBENNER | | 9,157.50 | 9,157.50 |
| | | Registration - 2015FA | | | | | | |

Controller Term Detail　　　　　　　　　　　Value 6/10

C - 8

Ellucian
# Colleague UI



| Anthony J Grason | 1563562 | 1 of 1 |
|---|---|---|
| 357 W. Decatur St. | Phone: 217-520-6644 Other: | Where Used: APP,MAI,FIN,P... |
| | Phone: 217-428-8600 | Entry Date: 03/19/15 |
| Decatur IL 62522 | Email: agrason1@stu.parklan... | Addr Status: Current |

File   Options   Help   Keep Context Open ▼   ✓ Save   ✓ Save All   ✗ Cancel   ✗✗ Cancel All   −   +

ARTI - AR Term Summary Inquiry   **ARAI - AR Account Inquiry**

Grason, Anthony J.          ID: 1563562 SSN:

Decatur    IL    62522    Home: 217-520-6644

AR Type : Student Receivable                    Term : Fall 2015

Pending FA  No        Past Due        35.50        Adj Bal        35.50
Restrs  X                Late Charge     0.00        Pmt Plan       0.00
Archived  No

| | Date<br>Description | Type | Trans No | Operator | Location<br>Due Date | Amount<br>Item Balance | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/29/15 | FA | 000111566 | DATATEL | | 2,968.00- | 35.50 |
| | Federal Unsubsidized Loan | | | | | | |
| 2 | 09/29/15 | FA | 000106916 | DATATEL | | 2,968.00- | 3,003.50 |
| | Federal Unsubsidized Loan | | | | | | |
| 3 | 09/29/15 | FA | 000106915 | DATATEL | | 1,732.00- | 5,971.50 |
| | Federal Subsidized Loan | | | | | | |
| 4 | 09/29/15 | FA | 000106914 | DATATEL | | 1,444.00- | 7,703.50 |
| | Federal Pell Grant | | | | | | |
| 5 | 09/24/15 | SB | 001066021 | DHALL | | 1,453.69- | 9,147.50 |
| | Richland Community College | | | | | | |

Controller Term Detail                    Value 1/10

C-9