**Ellucian Colleague UI**

Printed on 11/25/2015 11:39:20 AM by cashier1

Anthony J Grason — 1563562
357 W. Decatur St.
Decatur IL 62522
Phone: 217-520-6644
Phone: 217-428-6600
Email: agrason1@stu.parkland.edu
Entry Date: 03/19/15
Addr Status: Current

File | Options | Help | Auto-Close Context ▼ | ✓ Save | ✓ Save All | ✗ Cancel | ✗✗ Cancel All | − | +

## RGBS - Registration Billing Summary

| # | Course Section | Title | Stat | Term | Total | New Charges |
|---|---|---|---|---|---|---|
| 1 | AVI-120-001 | Private Pilot | N | 2015FA | 9,192.51 | |
| 2 | ESC-101-003 | Introduction t | N | 2015FA | 1,408.68 | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

| # | Billing Period Groups | Bill Period | Total | New Charges |
|---|---|---|---|---|
| 1 | CHARGEBACK Chargeback Tuition and F | 2015FA | 10,601.19 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| | Totals | | 10,601.19 | 0.00 |

Controller Course Section — Value 1/2

OFFICIAL COPY
PARKLAND COLLEGE
CHAMPAIGN, ILLINOIS

D-1

**Ellucian Colleague UI**

Printed on 11/25/2015 1:39:04 PM by cashier1

Anthony J Grason — 1563562 — 1 of 1
357 W. Decatur St.
Decatur IL 62522
Phone: 217-520-6644
Phone: 217-428-8600
Email: agrason1@stu.parkland.edu
Where Used: APP,MAI,FIN,PER,STU
Entry Date: 03/19/15
Addr Status: Current

File  Options  Help  Auto-Close Context ▼  Save  Save All  Cancel  Cancel All

ARTI - AR Term Summary Inquiry | ARTY - AR Transaction Type Inquiry

Grason, Anthony J.     ID: 1563562  SSN: ##########
Decatur   IL   62522   Home: 217-520-6644
AR Type: Student Receivable                Term: Fall 2015

Past Due         0.00         Adj Bal       0.00
Late Charge      0.00         Pmt Plan      0.00

| # | Invoice Src | Description | Charge | Credit | Type Balance |
|---|---|---|---|---|---|
| 1 | REG | Registration Charges | | | 10,601.19 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| # | Payment Src | Description | Charge | Credit | Type Balance |
|---|---|---|---|---|---|
| 1 | RCPT | Cash Receipt | | | 35.50- |
| 2 | FA | Financial Aid | | | 9,112.00- |
| 3 | SB | Sponsor Billing | | | 1,453.69- |
| 4 | | | | | |
| 5 | | | | | |

Controller InvoiceTypes                Value 1/1

OFFICIAL COPY
PARKLAND COLLEGE
CHAMPAIGN, ILLINOIS

D-2

# Ellucian Colleague UI



**Anthony J Grason**  1563562  1 of 1
357 W. Decatur St.  Phone: 217-520-6644  Other:  Where Used: APP,MAI,FIN,PE...
Phone: 217-428-8600  Entry Date: 03/19/15
Decatur IL 62522  Email: agrason1@stu.parkland.e..  Addr Status: Current

File  Options  Help  Keep Context Open ▼  ✓ Save  ✓ Save All  ✗ Cancel  ✗✗ Cancel All

RGN - Registration | STSC - Student Schedule

Term : 2015FA

Grason, Anthony J.  ID: 1563562 SSN: ~~~~
Decatur  IL  62522  Home: 217-520-6644

| Section | Location | Status | Creds | Start/End Date | Term |
|---|---|---|---|---|---|
| Instructor(s) | Bldg Room | Meth | Days | Start/End Time | Grd Flag |
| AVI-120-001 | Other Sites | New | 3.00 | 08/24/15 12/11/15 | 2015FA |
| James Warren | WILL AVI | LEC | TR | 03:30PM 04:20P | (M) |
|  | WILL AVI | LAB | TBA | TBA |  |
| ESC-101-003 | Parkland Main | New | 4.00 | 08/24/15 12/11/15 | 2015FA |
| Julie Angel | ACA L216 | LEC | MWF | 12:00PM 12:50P | (M) |
|  | ACA L216 | LAB | R | 01:00PM 02:50P |  |

Page 1 of 1

Controller Student Schedule  Value 1/6

D-3



# National Student Loan Data System (NSLDS)

| Menu | Aid | Enroll | Org | Report | Tran |

Loan History | Overpayment List | Grants | Delinquent Borrowers | Exit Counseling History | Student Contact Info | Student Access Interface | Reaffirmation History | SSN Conflict

SSN: ____  First Name: ____  DOB: ____ (MMDDCCYY)  [Retrieve]

FSA ID: DAWN.GOOD.FSA logged on as: DAWN GOOD from PARKLAND COLLEGE / TGG7569 / SC347SR

**ANTHONY J GRASON**
***-**-7387          DOB: 09/20/1979

Grants

Subsidized Usage Limit Applies

Student is not on your school's Transfer Monitoring List.

[Add Student to Monitoring List]

## Loan History

### Aggregate Loan Information

| Loan Type | Outstanding Principal Balance | Pending Disbursements | Total |
|---|---|---|---|
| **Undergraduate** | | | Award Year: 2016 |
| Subsidized Loans | $1,750 | $1,750 | $3,500 |
| Unsubsidized Loans | $6,000 | $0 | $6,000 |
| Combined Loans | $7,750 | $1,750 | $9,500 |
| Consolidation Loans, Unallocated | N/A | | N/A |
| **Totals** | | | |
| Subsidized Loans | $1,750 | $1,750 | $3,500 |
| Unsubsidized Loans | $6,000 | $0 | $6,000 |
| Combined Loans | $7,750 | $1,750 | $9,500 |
| Consolidation Loans, Unallocated | N/A | | N/A |
| **Other** | | | |
| Perkins Loans | N/A | | N/A |

### Master Promissory Notes

| MPN Type | Code | PLUS Borrower |
|---|---|---|
| Direct Stafford | A | N/A |
| Direct PLUS | N | N/A |

### Loan Summary

Sort by: --- Select ---
Display Only: ----- ALL -----       [Submit]

Currently Sorted by LOAN DATE, No filtering

1   **D0 - DIRECT STAFFORD SUB (SULA ELIGIBLE)**   Status: IA as of 09/29/2015   [Loan Detail]
    PARKLAND COLLEGE - 00711800

| $3,500 | $1,750 | $1,750 | $1,750 |

| | Approved Amt: | | Disbursed Amt: | | OPB: | | Agg. OPB: | |
|---|---|---|---|---|---|---|---|---|
| | Loan Date: | 09/29/2015 | Sep. Loan Ind: | A | Loan Period: | 08/24/2015 - 05/05/2016 | | |
| | Last Disb. Date: | 09/29/2015 | Last Disb. Amt: | $1,750 | Acad. Lv: | 1 | | |
| | ED Servicer: | DEPT OF ED/NAVIENT - 578 | | | | | | |

2    D2 - DIRECT STAFFORD UNSUB    Status: IA as of 09/29/2015    [Loan Detail]
PARKLAND COLLEGE - 00711800

| | Approved Amt: | $6,000 | Disbursed Amt: | $6,000 | OPB: | $6,000 | Agg. OPB: | $6,000 |
|---|---|---|---|---|---|---|---|---|
| | Loan Date: | 09/29/2015 | Sep. Loan Ind: | A | Loan Period: | 08/24/2015 - 12/11/2015 | | |
| | Last Disb. Date: | 10/29/2015 | Last Disb. Amt: | $3,000 | Acad. Lv: | 1 | | |
| | ED Servicer: | DEPT OF ED/NAVIENT - 578 | | | | | | |

**Notes:**
(i) For the determined award year and academic level displayed, the dependency status is/was Independent.

PRIVACY ACT OF 1974 (AS AMENDED)

D-5

# AVIATION



Aviation Instruction Costs

Home : Aviation : Aviation Instruction Costs

**Tuition and Fees**

| Tuition and Fee Charges per semester hour | |
|---|---|
| Residents of District 505 | $157.00 |
| Out-of-district students | $370.00 |
| Out-of-state and international students | $529.00 |
| > Additional Tuition & Fee information | |



| Additional Course Fees for AVI courses | |
|---|---|
| AVI 101 Private Pilot I | $6,498 |
| AVI 120 Private Pilot II | $8,394 |
| AVI 129 Commercial Instrument Rating I | $7,173 |
| AVI 140 Commercial Instrument Rating II | $7,590 |
| AVI 200 Commercial Pilot I | $9,894 |
| AVI 184 Aircraft Systems for Pilots | none |
| AVI 209 Commercial Pilot II | $9,819 |
| AVI 220 Flight Instructor Certificate | $6,252 |
| AVI 222 Instrument Flight Instructor | $3,500 |
| AVI 280 Multiengine Land | $8,728 |
| AVI 281 Cockpit Resource Management | $1,992 |



D-6

**Student Financial Responsibility**

By registering for classes at Parkland, you agree to assume financial responsibility for all charges billed to your student account. To avoid financial responsibility, if you decide not to attend a class, you must officially drop that class within the stated refund period. Do not assume that your classes are automatically dropped for non-payment or non-attendance.

---

© Parkland College
2400 West Bradley Ave | Champaign, IL 61821 | 217.351.2200 | 888.467.6065
The Mission of Parkland College is to engage the community in learning.

D-7