**E-FILED**
Friday, 15 April, 2016  02:13:40 PM
Clerk, U.S. District Court, ILCD

**AVI 120    Private Pilot II   (3.00 hrs.)**
Additional course fee: $8,148.00.
Prerequisite: AVI 101.
| 001 | LEC | 3:30P–4:20P | TR | 8/24–12/11 | 115 DKH |
|     | LAB |             |    | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; or 3:00-5:00PM MWF.

| 201H | HYC | 3:30P–4:20P | TR | 9/14–12/11 | 115 DKH |
|      | LAB |             |    | 8/24–12/11 | AVI |

Note: Four hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; or 3:00-5:00PM MWF.

**AVI 129    Commercial Instrument I   (3.00 hrs.)**
Additional course fee: Additional course fee: $6,963.00
Prerequisite: AVI 120.
| 001 | LAB |            |    | 8/24–12/11 | AVI |
|     | LEC | 8:00A–9:30A | MW | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

| 201H | LAB |            |    | 9/14–12/11 | AVI |
|      | HYC | 8:00A–9:30A | MW | 9/14–12/11 | AVI |

Note: Six hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

**AVI 140    Commercial Instrument II   (3.00 hrs.)**
Additional course fee: $7,368.00
Prerequisite: AVI 129.
| 001 | LAB |             |    | 8/24–12/11 | AVI |
|     | LEC | 11:00A–12:30P | MW | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

| 201H | LAB |             |    | 9/14–12/11 | AVI |
|      | HYC | 11:00A–12:30P | MW | 9/14–12/11 | AVI |

Note: Six hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

**AVI 184    Aircraft Systems for Pilots   (3.00 hrs.)**
Additional course fee: $0.00
Prerequisite: AVI 120 or departmental approval.
| 001 | LEC | 3:15P–4:45P | TR | 8/24–12/11 | AVI |
| 201H | LEC | 3:15P–4:45P | TR | 8/24–12/11 | AVI |

Note: Six hours lecture online to be viewed prior to first day of instruction.

**AVI 200    Commercial Pilot I   (3.00 hrs.)**
Additional course fee: $9,603.00
Prerequisite: AVI 140.
| 001 | LAB |              |    | 8/24–12/11 | AVI |
|     | LEC | 10:30A–11:20A | TR | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

| 201H | LAB |              |    | 9/14–12/11 | AVI |
|      | HYC | 10:30A–11:20A | TR | 9/14–12/11 | AVI |

Note: Four hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

**AVI 209    Commercial Pilot II   (3.00 hrs.)**
Additional course fee: $9,531.00
Prerequisite: AVI 200.
| 001 | LEC | 1:00P–2:30P | MW | 8/24–12/11 | AVI |
|     | LAB |             |    | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

| 201H | HYC | 1:00P–2:30P | MW | 9/14–12/11 | AVI |
|      | LAB |             |    | 9/14–12/11 | AVI |

Note: Six hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 8:00-10:00AM TRS; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

**AVI 220    Flight Instructor Cert   (4.00 hrs.)**
Additional course fee: $6,068.00
Prerequisite: successful completion of AVI 209 OR the FAA Commercial Pilot Certificate with Instrument Rating and approval from department head.
| 001 | LEC | 8:00A–9:20A | TR | 8/24–12/11 | AVI |
|     | LAB |             |    | 8/24–12/11 | AVI |

Note: Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

| 201H | HYC | 8:00A–9:20A | TR | 9/14–12/11 | AVI |
|      | LAB |             |    | 9/14–12/11 | AVI |

Note: Six hours lecture online to be viewed prior to first day of instruction. Flight School (Lab) is to be arranged individually. Students must select one from: 8:00-10:00AM MWF; 10:00AM-12:00PM MWF; 10:00AM-12:00PM TRS; 1:00-3:00PM MWF; 1:00-3:00PM TRS; 3:00-5:00PM MWF; or 3:00-5:00PM TRS.

*E-1*



LESSON CONTENT

Climbs, descents, turns, Airspeed/config. changes.
Mmw. During slow flight, Steep turns. Power on/off
Accelerated Man. Stalls. wind crosswind takeoff/landing
Basic Attitude, Runway Incursion Avoidance

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | | | | | | | | | | | | | | | | | | | | | | | |
| THIS FLIGHT | 1.6 | 1.6 | | | | | | | | | | | | | | | | | | 0.3 | 0.3 | | |
| TOTAL | 1.6 | 1.6 | | | | | | | | | | | | | | | | | | 0.3 | 0.3 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | | | | | 3 | | | |
| THIS FLIGHT | | | | | | | | |
| TOTAL | | | | | | | | |

FROM  CMI
TO  CMI
TO
TO
TO

Date  08/28/15
Aircraft Type  Archer TD
Aircraft Number N  4145G

Hobbs Stop Time  8801.9
Hobbs Start Time  8800.3
Total Time  1.6

| Lesson number | 16 | | | |
| Grade | 1 | | | |

Student Signature

Instructor Signature

Certificate Number  3205773CFI

Expiration Date  9/16

## LESSON CONTENT

Turns around a point
Rect. angle course
Recovery from unusual Flight Attitude
Runway Incursion Avoidance

S turns
Short Field T/off
Max. Perf. Climbs  Vx

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 1.6 | 1.6 | | | | | | | | | | | | | | | | | | 0.3 | 0.3 | | |
| THIS FLIGHT | 1.5 | 1.5 | | | | | | | | | | | | | | | | | | 0.3 | 0.3 | | |
| TOTAL | 3.1 | 3.1 | | | | | | | | | | | | | | | | | | 0.6 | 0.6 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 3 | | | |
| THIS FLIGHT | | | | | 1 | | | |
| TOTAL | | | | | 4 | | | |

FROM _CMI_
TO _CMI_
TO ____
TO ____
TO ____

Date _Sept 08 /02/2015_
Aircraft Type _Archer II_
Aircraft Number N _414K_

Hobbs Stop Time _8922.0_
Hobbs Start Time _8923.5_
Total Time _1.5_

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

Certificate Number _32057 Cay_

Expiration Date _9/16_

## LESSON CONTENT

Normal TO/Landing
Short field TO/Landing
crosswind.

E-4

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 3.1 | 3.1 | | | | | | | | | | | | | | | | | | 0.6 | 0.6 | | |
| THIS FLIGHT | 1.4 | 1.4 | | | | | | | | | | | | | | | | | | 0 | 0 | | |
| TOTAL | 4.5 | 4.5 | | | | | | | | | | | | | | | | | | 0.6 | 0.6 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 4 | | | |
| THIS FLIGHT | | | | | 9 | 0 | | |
| TOTAL | | | | | 13 | | | |

FROM _CMI_
TO _CMI_
TO _____
TO _____
TO _____

Date _Sept. 6ⁿᵈ 2011_
Aircraft Type _Archer III_
Aircraft Number N _44K_

Hobbs Stop Time _8930.4_
Hobbs Start Time _8930.0_
Total Time _1.4_

| Lesson number | 17 |
| Grade | 1 |

Student Signature

Instructor Signature

Certificate Number _3205,731(4-1_

Expiration Date _9/16_

## LESSON CONTENT

9/11 - 12
6pm

Airspace
Regulation
Vfr Navigation
Airport Operation
VFR requirements

Controls
on
next
page

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 4.5 | 4.5 | | | | | | | | | | | | | | | | | | 0.6 | 6.6 | | |
| THIS FLIGHT | 1.5 | 1.5 | | | | | | | | | | | | | | | | | | 0.2 | 0.2 | | |
| TOTAL | 6.0 | 6.0 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 13 | | | |
| THIS FLIGHT | | | | | 6 | | | |
| TOTAL | | | | | 19 | | | |

FROM _KCMI_
TO _KPID_
TO _KCMI_
TO ___
TO ___

Date _Sept. 15, 2015_
Aircraft Type _4144K_
Aircraft Number N ___

Hobbs Stop Time _8945.8_
Hobbs Start Time _8944.3_
_1.5 Duel._
Total Time ___

| Lesson number | 18 | | | |
|---|---|---|---|---|
| Grade | 2 | | | |

Student Signature

Sept. 15. 2015

Instructor Signature

Certificate Number _3205/3KC1_

Expiration Date _2/16_

LESSON CONTENT

Previous page

Communicate w/ non-Tower
Traffic Pattern w/ Ground Flow at non-tower Airports
Normal & Crosswind tr/ke offs + Landings
Go arounds / Reject landing.
Runway Incursion Avoidance

Soft Field *o
Soft Field Landings

Sept. 18, 2015
2 Touch & go's PATTern
BAD weather - Short Flight

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 6.0 | 0.0 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 0.4 | 0.4 | | | | | | | | | | | | | | | | | | 8 | | | |
| TOTAL | 6.4 | 6.4 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 19 | | | |
| THIS FLIGHT | | | | | 2 | | | |
| TOTAL | | | | | 21 | | | |

FROM KCMI
TO KCMI
TO _____
TO _____
TO _____

Date Sept. 18, 2015
Aircraft Type Archer III  487
Aircraft Number N 487

Hobbs Stop Time 10761.0
Hobbs Start Time 10761.0
Total Time 0.4

| Lesson number | 18 |
| Grade | 2 |

Student Signature

Instructor Signature

Certificate Number  3205731041

Expiration Date  9/16

**LESSON CONTENT**

Normal T/o & Landline
Cross wind W Landize
Go around

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 6.4 | 6.4 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.2 | 1.2 | | | | | | | | | | | | | | | | | | 0 | 0 | | |
| TOTAL | 7.6 | 7.6 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 21 | | | |
| THIS FLIGHT | | | | | 11 | | | |
| TOTAL | | | | | 32 | | | |

FROM _KCMi_

TO _KCMi_

TO _____

TO _____

TO _____

Date _Sept. 18, 2015_

Aircraft Type _Archer III_

Aircraft Number N _41487_

Hobbs Stop Time _10764.8_

Hobbs Start Time _10763.6_

Total Time _1.2_

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

Certificate Number  _320573164_

Expiration Date  _9/16_

LESSON CONTENT

Normal touch & go Landing
Go Around —

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 7.6 | 7.6 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.3 | 1.3 | | | | | | | | | | | | | | | | | | 0 | 0 | | |
| TOTAL | 8.9 | 8.9 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | PIC | |
| PREV. | | | | | 32 | | | |
| THIS FLIGHT | | | | | 1 | | | |
| TOTAL | | | | | 43 | | | |

FROM  KCMI
TO  KCMI
TO
TO
TO

Date  Sept. 21st 2011
Aircraft Type  Archer II)
Aircraft Number N 4487

Hobbs Stop Time  10763.6
Hobbs Start Time  10764.8
Total Time  1.2

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

_____
Student Signature

_____
Instructor Signature

3205131104
Certificate Number

9-16
Expiration Date

_Tounch & go_
_Normal._

- _Go Around._

## LESSON CONTENT

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 8.9 | 8.9 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.3 | 1.3 | | | | | | | | | | | | | | | | | | ∅ | ∅ | | |
| TOTAL | 10.2 | 10.2 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 43 | | | |
| THIS FLIGHT | | | | | 11 | | | |
| TOTAL | | | | | 54 | | | |

FROM _Kimi_
TO _Kimi_
TO _____
TO _____
TO _____

Date _Sept. 23, 2015_
Aircraft Type _Archer II_
Aircraft Number N _4149a_

Hobbs Stop Time _10596.6_
Hobbs Start Time _10595.3_
Total Time _1.3_

| Lesson number | 18 | | | | |
|---|---|---|---|---|---|
| Grade | 2 | | | | |

_____
Student Signature

_____
Instructor Signature

_3704731004_
Certificate Number

_9/16_
Expiration Date

**LESSON CONTENT**

- Normal T/o & Landing
- Go-around.
- 1st Solo

| | Flight Time | TOTAL | | DUAL | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 10.2 | 10.2 | | | | | | | | | | | | | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.4 | 0.8 | | | | | | 0.6 | | | | | | 0.6 | | | | | | 0 | 0 | | |
| TOTAL | 11.6 | 11.0 | | | | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 34 | | | |
| THIS FLIGHT | | | | | 10 | | | |
| TOTAL | | | | | 64 | | | |

FROM _KCMI_
TO _KCMI_
TO _____
TO _____
TO _____

Date _Sept. 24, 2015_
Aircraft Type _Archer III_
Aircraft Number N _4145A_

Hobbs Stop Time _10598.4_
Hobbs Start Time _10587.6_
Total Time _1.4_

| Lesson number | | | |
|---|---|---|---|
| Grade | | | |

Student Signature _____

Instructor Signature _____

Certificate Number _3205731021_

Expiration Date _4/16_

## LESSON CONTENT

- Step - turn
- Power on Stall
- Power - off Stall
- Stall
- Turn on point
- Touch & Go
- Go Around
- Slow Flight

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 11.6 | 11.5 | | | | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.6 | 1.6 | | | | | | 0 | | | | | | 0 | | | | | | 0 | 0 | | |
| TOTAL | 13.2 | 12.6 | | | | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 44 | | | |
| THIS FLIGHT | | | | | 3 | | | |
| TOTAL | | | | | 47 | | | |

FROM _RCMI_    Date _Oct. 6th 2015_    Hobbs Stop Time _10576.4_

TO _KCMI_    Aircraft Type _Archer II_    Hobbs Start Time _10578.0_

TO _____    Aircraft Number N _41496_    Total Time _1.6_

TO _____

TO _____

| Lesson number | | | | | |
|---|---|---|---|---|---|
| Grade | | | | | |

Student Signature _____

Instructor Signature _____

Certificate Number _3705M_

Expiration Date _9/16_

## LESSON CONTENT

– XC From KMVN
to KLWV to KCMI

Duel

Cross Country From KMVN to KLWV to KCMI

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 13.2 | 12.6 | | | | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.9 | 1.9 | | | 1.9 | | | | | | | | | | | | | | | 0 | 0 | | |
| TOTAL | 15.1 | 14.5 | | | 1.9 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 67 | | | |
| THIS FLIGHT | | | | | 2 | | | |
| TOTAL | | | | | 69 | | | |

FROM KMVN
TO KLWV
TO KCMI
TO ___
TO ___

Date Oct. 7, 2015
Aircraft Type Arche III
Aircraft Number N 4146R

Hobbs Stop Time 9145.7
Hobbs Start Time 9147.6
Total Time 1.9

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

Certificate Number 320573CFI

Expiration Date 9/16

## LESSON CONTENT

S *tall*
*Power* or *stall*
*Engine Fail*
*Turn around spot*
*Normal T/o crosswind*

| | TOTAL | DUAL | | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 15.1 | 14.5 | | | 1.8 | | | 0.6 | | | | | | 10.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.4 | 1.4 | | | ∅ | | | ∅ | | | | | | ∅ | | | | | | ∅ | ∅ | | |
| TOTAL | 16.5 | 15.9 | | | 1.8 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | | | | | 69 | | | |
| THIS FLIGHT | | | | | 4 | | | |
| TOTAL | | | | | 73 | | | |

FROM KCMI
TO KCMI
TO _____
TO _____
TO _____

Date Oct 8th 2011
Aircraft Type Archer PA
Aircraft Number N 41287

Hobbs Stop Time 108000
Hobbs Start Time 10798.6
Total Time 1.4

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature _____    Instructor Signature _____

Certificate Number 3205730CFI    Expiration Date 4/16

Slow Flight
S Leep turn
Normal T/O & landing.
Engine Failure
Pilotage
touch & Go

## LESSON CONTENT

| | TOTAL | DUAL | | | | | PILOT IN COMMAND | | | | | SOLO | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 16.5 | 15.9 | | | 1.5 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.0 | 1.0 | | | 8 | | | | | | | | | 8 | | | | | | 8 | 8 | | |
| TOTAL | 17.5 | 16.9 | | | 1.5 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | PIC | |
| PREV. | | | | | 73 | | | |
| THIS FLIGHT | | | | | 3 | | | |
| TOTAL | | | | | 76 | | | |

FROM _KCMI_     Date _Oct 10th 2015_     Hobbs Stop Time _10614.0_

TO _KCMI_     Aircraft Type _Archer II_     Hobbs Start Time _10613.0_

TO _____     Aircraft Number N _414970_     Total Time _1.0_

TO _____

TO _____

| Lesson number | | | |
|---|---|---|---|
| Grade | | | |

Student Signature

Instructor Signature

Certificate Number _3709731C4_

Expiration Date _9/16_

## LESSON CONTENT

VOR Sim Intersection
Intersection
Climbs
Descents

E-15

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | 17.5 | 16.9 | | | 1.9 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | Ø | Ø | | | Ø | | | Ø | | | | | | 6 | | | | | | Ø | Ø | | |
| TOTAL | 17.5 | 16.9 | | | 1.9 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | 1.3 | | | | 76 | | | |
| THIS FLIGHT | 0.9 | 0.9 | | | - | | | |
| TOTAL | 2.2 | 0.9 | | | | | | |

FROM _____
TO _____
TO _____
TO _____
TO _____

Date _Oct. 14th 2015_
Aircraft Type _Sim Frasca_
Aircraft Number N _Sim 220 141_

Hobbs Stop Time __4153.2__
Hobbs Start Time __4152.3__
Total Time __0.9__

| Lesson number | | | | | | |
|---|---|---|---|---|---|---|
| Grade | | | | | | |

Student Signature

Instructor Signature

Certificate Number _3205173JCA_

Expiration Date _4/18_

## LESSON CONTENT

10/16/15

Normal TO Landing
X-Wind TO Landing

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | 17.5 | 16.9 | | | 1.9 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.1 | 1.1 | | | 0 | | | 0 | | | | | | | | | | | | 0 | 0 | | |
| TOTAL | 18.6 | 18.0 | | | 1.9 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | 1.3 | | | | 76 | | | |
| THIS FLIGHT | 0.9 | 0.9 | | | 10 | | | |
| TOTAL | 2.2 | 0.9 | | | 96 | | | |

FROM KCMI
TO KCMI
TO _____
TO _____
TO _____

Date Oct 16th 2011
Aircraft Type Archer II
Aircraft Number N 4148T

Hobbs Stop Time 10814.4
Hobbs Start Time 10813.3
Total Time 1.1

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature _____   Instructor Signature _____

Certificate Number 3205 73164   Expiration Date 9/16

**LESSON CONTENT**

2nd Solo to Practice Area
Power - off
Step turn Left / Right
Slow Flight.
Po/Range

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 18.6 | 18.0 | | | 1.5 | | | 0.6 | | | | | | 0.6 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.2 | 0.4 | | | 0 | | | 0.8 | | | | | | 0.8 | | | | | | — | — | | |
| TOTAL | 19.8 | 18.4 | | | 1.5 | | | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | PIC | |
| PREV. | 7.2 | 0.9 | | | 86 | | | |
| THIS FLIGHT | 0 | 0 | | | 3 | | | |
| TOTAL | 7.2 | 0.9 | | | 89 | | | |

FROM KCMI
TO KCMI
TO _____
TO _____
TO _____

Date Oct. 21st 2011
Aircraft Type Archer VII
Aircraft Number N 41494

Hobbs Stop Time 10427.7
Hobbs Start Time 106265
Total Time 1.2

| Lesson number | | |
|---|---|---|
| Grade | | |

_____ mfg check ~ ok
Student Signature        Instructor Signature

9 205131 Cy
Certificate Number

4/16
Expiration Date

## LESSON CONTENT

Short Field T/O Landing
Normal T/O + Landing
Soft Field T/O + Landing

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 19.8 | 18.4 | | | 1.9 | | | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.0 | 1.0 | | | 0 | | | 0 | | | | | | 0 | | | | | | 0 | 0 | | |
| TOTAL | 20.8 | 19.4 | | | 1.9 | | | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 89 | | | |
| THIS FLIGHT | 0 | 0 | | | 10 | | | |
| TOTAL | 2.2 | 0.9 | | | 99 | | | |

FROM KcmE
TO Kc mn
TO ___
TO ___
TO ___

Date Oct. 23/2015
Aircraft Type Archer II
Aircraft Number N 4149A

Hobbs Stop Time 10635.7
Hobbs Start Time 10634.7
Total Time 1.0 hr

| Lesson number | | | |
|---|---|---|---|
| Grade | | | |

Student Signature _____     Instructor Signature _____

Certificate Number 3205731CFI
Expiration Date 9/16

Night T/O + Landing
Touch & go.

<u>LESSON CONTENT</u>

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 20.8 | 19.4 | | | 1.9 | | | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.1 | 1.1 | | | 0 | | 1.1 | 0 | | | | | | 0 | | | | | | 0 | 0 | | |
| TOTAL | 21.9 | 20.5 | | | 1.9 | | 1.1 | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 99 | | | |
| THIS FLIGHT | 0 | 0 | | | 10 | | | |
| TOTAL | 2.2 | 0.9 | | | 109 | | | |

FROM  KCMI

TO  KCMI

TO ____

TO ____

TO ____

Date  10-26-15

Aircraft Type  Mehari II

Aircraft Number N  41644

| Lesson number | |
|---|---|
| Grade | |

Hobbs Stop Time  7083.0

Hobbs Start Time  70821

Total Time  1.1

Student Signature

Instructor Signature

Certificate Number  3295731021

Expiration Date  9/16

**LESSON CONTENT**

Night
XC Flight From KCMI
to ~~KCMI~~
KDEC to 1H2
to KCMI

| | TOTAL | | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 21.9 | 20.5 | | | 1.9 | | 1.1 | 1.4 | | | | | | | 7.4 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 2.1 | 2.1 | | | 0 | 2.1 | 0 | 0 | | | | | | | 0 | | | | | | 0 | 0 | | |
| TOTAL | 24.0 | 22.6 | | | 1.9 | 2.1 | 1.1 | 1.4 | | | | | | | 7.4 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 109 | | | |
| THIS FLIGHT | 0 | 0 | | | 3 | | | |
| TOTAL | 2.2 | 0.9 | | | 112 | | | |

FROM  KCMI
TO  KDEC
TO  1H2
TO  KCMI
TO

Date  10/30/2018
Aircraft Type  Archer III
Aircraft Number N  41496

Hobbs Stop Time  1060.8
Hobbs Start Time  1060.4.7
Total Time  2.1

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

Certificate Number  32US731CA

Expiration Date  9/10

LESSON CONTENT

Short field t/p/s
Soft Field Landing
Solo - South Practice Area
↳ Step turn
↳ Slow Flight
↳ Pow on / off Stalls
↳ Turn on point

3rd Solo

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | SOLO | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | 24.0 | 22.6 | | | 1.5 | 2.1 | 1.1 | 1.4 | | | | | | 1.4 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 0.8 | — | | | 0 | ∅ | ∅ | 0.8 | | | | | | 0.8 | | | | | | 0 | ∅ | | |
| TOTAL | 24.8 | 22.6 | | | 1.5 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 0.8 | 0.8 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | 2.2 | 0.9 | | | )12 | | | |
| THIS FLIGHT | ∅ | ∅ | | | 1 | | | |
| TOTAL | 2.2 | 0.9 | | | )13 | | | |

FROM KCMI
TO KCMI
TO _____
TO _____
TO _____

Date Nov 2ⁿᵈ 2018
Aircraft Type Acute II.1
Aircraft Number N 41461

Hobbs Stop Time 9206.2
Hobbs Start Time 9205.4
Total Time 0.8

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

with 18313 Sign Clean wx check - OK

Student Signature

Instructor Signature

3205731041
Certificate Number

9/16
Expiration Date

## LESSON CONTENT

- Slow Flight
- Power on
- Power off
- Steps turns
- S turns,
- Touch & go's
- Crosswind.

Nick
x
Jim

Prof. Ride

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 24.8 | 22.6 | | | 1.9 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 0.8 | 0.8 | | |
| THIS FLIGHT | 1.3 | 1.3 | | | 0 | 0 | 0 | 0 | | | | | | 0 | | | | | | 0.2 | 0.2 | | |
| TOTAL | 26.1 | 23.9 | | | 1.9 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.0 | 1.0 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 113 | | | |
| THIS FLIGHT | 0 | 0 | | | 3 | | | |
| TOTAL | 2.2 | 0.9 | | | 116 | | | |

FROM _KCMI_
TO _KCMI_
TO _____
TO _____
TO _____

Date _May 4th 2005_
Aircraft Type _Avale_
Aircraft Number N _41487_

Hobbs Stop Time _1083.3_
Hobbs Start Time _1082.0_
Total Time _1.3_

| Lesson number | | | | | |
|---|---|---|---|---|---|
| Grade | | | | | |

Student Signature

Instructor Signature

Certificate Number _3205731 G4_

Expiration Date _9/6_

## LESSON CONTENT

XC Dray From KCMI D→ KTAZ D→ KDEC D→ KCMI

Touch + go @ KDEC + KTAZ

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 26.1 | 23.9 | | | 1.9 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.0 | 1.0 | | |
| THIS FLIGHT | 1.8 | 1.8 | | | 1.8 | – | – | | | | | | | – | | | | | | – | – | | |
| TOTAL | 27.9 | 25.7 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.0 | 1.0 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 116 | | | |
| THIS FLIGHT | 6 | 8 | | | 4 | | | |
| TOTAL | 2.2 | 0.9 | | | 120 | | | |

FROM KCMI
TO KTAZ
TO KDEC
TO KCMI
TO _____

Date NOV. 8 2015
Aircraft Type Archer II
Aircraft Number N 4147A

Hobbs Stop Time 1065 2.9
Hobbs Start Time 1065 4.7
Total Time 1.8

| Lesson number | |
|---|---|
| Grade | |

Student Signature _____ NOV. 8th 2015    Instructor Signature _____

Certificate Number 3591126  CFI

Expiration Date 7/17

<u>LESSON CONTENT</u>

Non tower ops @ KTIP
    Touch + go → Pattern Work

Power off Stalls
Tracking a radial
Turns to headings          } I R
Powered Constant air speed descents

42.2

| | TOTAL | DUAL | | | | | PILOT IN COMMAND | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | 27.9 | 25.7 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | | 1.0 | 1.0 | | |
| THIS FLIGHT | 1.3 | 1.3 | | | — | — | — | — | | | | | | — | | | | | | | 0.4 | 0.4 | | |
| TOTAL | 29.2 | 27.0 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | | 1.4 | 1.4 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | 2.2 | 0.9 | | | 120 | | | |
| THIS FLIGHT | — | — | | | 6 | | | |
| TOTAL | 2.2 | 0.9 | | | 126 | | | |

FROM ___KCMI___
TO ___PANTONT/TIP___
TO ___KCMI___
TO _____
TO _____

Date ___Nov. 11th, 2015___
Aircraft Type ___Archer III___
Aircraft Number N ___4149C___

Hobbs Stop Time ___11366.8___
Hobbs Start Time ___11365.5___
Total Time ___1.3___

| Lesson number | | | | | |
|---|---|---|---|---|---|
| Grade | | | | | |

Student Signature     Nov 11th 2015     Instructor Signature

3591126     CFI     7/17
Certificate Number     Expiration Date

## LESSON CONTENT

Power off Stalls

Steep turns

Slow flight
→ S+L, turns, Climbs, descents

Emergency Engine Failure

turns around a pt

Starns across a road

Pitch, Power, trim, Relationships

Pattern entry at a controlled Field, Procedures

go arounds

Radio procedures, Standard Phraseology

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 29.2 | 27.0 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |
| THIS FLIGHT | — | — | | | — | — | — | — | | | | | | — | | | | | | — | — | | |
| TOTAL | 29.2 | 27.0 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 2.2 | 0.9 | | | 126 | | | |
| THIS FLIGHT | 1.4 | — | | | — | | | |
| TOTAL | 3.6 | 0.9 | | | 126 | | | |

FROM KCMI

TO _____

TO _____

TO _____

TO _____

Date 11/13/15

Aircraft Type Frasca 241

Aircraft Number N 2410R

Hobbs Stop Time 2496.1

Hobbs Start Time 2494.7

Total Time 1.4

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

359126  CFI

Certificate Number

7/17

Expiration Date

**LESSON CONTENT**

Radial tracking
Pilotage/ Dead Reckoning
Non tower ops
Pattern Procedures/ Radio calls
Normal / Xwind T/Os & Landings
Pitch/ Power/ trim relationships

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | Total | Complex | MEL | Cross Country Day | Cross Country Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 29.2 | 27.0 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |
| THIS FLIGHT | 1.5 | 1.5 | | | ~ | — | — | ~ | | | | | | — | | | | | | | | | |
| TOTAL | 30.7 | 28.5 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 3.6 | 0.9 | | | 126 | | | |
| THIS FLIGHT | 1.4 | — | | | 6 | | | |
| TOTAL | 3.6 | 0.9 | | | 132 | | | |

FROM KCMI
TO KPRG
TO KCMI
TO ____
TO ____

Date 11/16/15
Aircraft Type PA28-181
Aircraft Number N 4149C

Hobbs Stop Time 1374.0
Hobbs Start Time 1372.5
Total Time 1.5

| Lesson number | | | | | |
|---|---|---|---|---|---|
| Grade | | | | | |

Student Signature

Instructor Signature

Certificate Number 3591126   CFI
Expiration Date 7/17

11/18/15 Cancel WX: KCMI 181353Z 180 25 G 34 Kts p 5m few 011 OVC 031 16/11 A2953 RMK PK WND 18037

11/20/15 Student Canceled   11/23/15: Instructor Canceled

## LESSON CONTENT

Dual X/C KCMI - KRZL - KCMI
Pilotage / Dead Reckoning / Nav log use
Lost Procedures
Non tower ops
Leaning
Go arounds

Normal X/Wind Landing/TO
Operating on a VFR Flight Plan
Opening & Closing
    ↳ Radio & Telephone
GNS 430 use

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | Total | Complex | MEL | Cross Country Day | Night | Night Local | TOTAL | SI | Actual | Flight Time |
| PREV. | 30.7 | 28.5 | | | 3.7 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |
| THIS FLIGHT | 2.3 | 2.3 | | | 2.3 | - | - | - | | | | | | - | | | | | | - | - | | |
| TOTAL | 33.0 | 30.8 | | | 6.0 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night Total | Night PIC | |
| PREV. | 3.6 | 0.9 | | | 132 | | | |
| THIS FLIGHT | - | - | | | 2 | | | |
| TOTAL | 3.6 | 0.9 | | | 134 | | | |

FROM KCMI
TO KRZL
TO KCMI
TO _____
TO _____

Date 11/24/15
Aircraft Type PA28-181
Aircraft Number N 4164Y

Hobbs Stop Time 91.5
Hobbs Start Time 89.2
Total Time 2.3

| Lesson number | | | | |
|---|---|---|---|---|
| Grade | | | | |

Student Signature

Instructor Signature

Certificate Number 3591126 CFI
Expiration Date 7/17

## LESSON CONTENT

Radial Tracking
Unusual Attitude Recovery
Constant Rate Climbs / descents
Turns to headings
Time turns
Climbing turns

Descending turns
VOR Orientation / Intersections
ASR 14L @ KCMI
ASR 14L No-Gyro @ KCMI
x/Wind landings & Take offs

| | TOTAL | DUAL | | | | | | PILOT IN COMMAND | | | | | | SOLO | | | | | | INSTRUMENT | | | STAGE CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flight Time | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | Total | Complex | MEL | Cross Country | | Night Local | TOTAL | SI | Actual | Flight Time |
| | | | | | Day | Night | | | | | Day | Night | | | | | Day | Night | | | | | |
| PREV. | 33.0 | 30.8 | | | 6.0 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 1.4 | 1.4 | | |
| THIS FLIGHT | 1.8 | 1.8 | | | — | — | — | — | | | | | | — | | | | | | 1.6 | 1.6 | | |
| TOTAL | 34.8 | 32.6 | | | 6.0 | 2.1 | 1.1 | 2.2 | | | | | | 2.2 | | | | | | 3.0 | 3.0 | | |

| | FTD | | PCATD | | LANDINGS | | | GROUND INSTRUCTION |
|---|---|---|---|---|---|---|---|---|
| | Total | Inst. | Total | Inst. | Total | Night | | |
| | | | | | | Total | PIC | |
| PREV. | 3.6 | 0.9 | | | 134 | | | |
| THIS FLIGHT | — | — | | | 2 | | | |
| TOTAL | 3.6 | 0.9 | | | 136 | | | |

FROM KCMI

TO KCMI

TO _____

TO _____

TO _____

Date 11/25/15

Aircraft Type PA28-181

Aircraft Number N 41491

| Lesson number | |
| Grade | |

Hobbs Stop Time 11386.5

Hobbs Start Time 11384.7

Total Time 1.8

Student Signature

Instructor Signature

3591126   CFI

Certificate Number

7/17

Expiration Date