Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| Anthony J Grason | ) ) ) |
| Plaintiff | |
| vs. | ) ) ) ) |
| Parkland College, Parkland College-Board of Trustees, Parkland College-Department of Aviation, Sybil Phillips, Mike Trame, Tom Ramage | |
| Defendants | |

Case Number: 16-2107

## AMENDED JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this case is closed pursuant to 28 U.S.C. § 1915(e)(2)(B).

**Dated: 6/21/2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court